IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LORRAINE SEARS, HEIR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALD MEAD, DECEASED,<br>Petitioner,<br>vs.<br>THE FIFTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF NYE; AND THE HONORABLE KIMBERLY A. WANKER, DISTRICT JUDGE,<br>Respondents,<br>and<br>EDZO DUYNSTEE, INDIVIDUALLY; EDZO DUYNSTEE, D/B/A EDZOAUTOMOTIVE REPAIR, AN UNINCORPORATED BUSINESS; MAZLO TRANSPORT, LLC, A DOMESTIC LIMITED LIABILITY COMPANY; AND CLIFFORD HULL,<br>Real Parties in Interest. | No. 79586<br><br>**FILED**<br><br>OCT 24 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court summary judgments in a tort action. Having considered the petition and appendices filed in this matter, we conclude that our extraordinary intervention is not warranted. *See Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that writ relief is an extraordinary remedy). In particular, petitioner has an adequate and speedy remedy in the form of an appeal from the final judgment, which precludes writ relief.

 

NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Parraguirre

_____, Sr. J.
Douglas

cc:    Hon. Kimberly A. Wanker, District Judge
       Richard Harris Law Firm
       Keating Law Group
       Moran Brandon Bendavid Moran
       Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
       Nye County Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.